No. 4,822.—STATE ex rel. CITY OF BUTTE et al., RELATORS, *v.* DISTRICT COURT et al., RESPONDENTS.

Original application for Writ of Prohibition directed to the District Court of Silver Bow County and Jos. R. Jackson, a Judge thereof.

Decided March 2, 1921.

PER CURIAM.—Relators' application for a writ of prohibition is, after due consideration by the court, denied.

*Mr. R. L. Clinton,* for Relators.

---

No. 4,810.—HIGHLAND OIL CO., APPELLANT, *v.* E. E. SOUERS, RESPONDENT.

*Appeal from District Court of Musselshell; George P. Jones, Judge.*

Decided March 2, 1921.

PER CURIAM.—Pursuant to motion of appellant, the appeal herein is dismissed as settled.

*Mr. Carl N. Thompson,* for Appellant.